Amanda F. Benedict, Esq., (SBN 200291)
LAW OFFICE OF AMANDA BENEDICT
7710 Hazard Center Drive, Suite E104
San Diego, California 92108
T: 760-822-1911
F: 760-452-7562
amanda@amandabenedict.com
Attorney for Plaintiff, LEILA BAIRD

FILED
CLERK, U.S. DISTRICT COURT
6/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN GUZMAN,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; DON ROBERTO JEWELERS, INC.; ADIR INTERNATIONAL LLC d/b/a CURACAO,

    Defendant.

Case No.: 2:19-cv-06372 -PSG

**STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC AND ADIR INTERNATIONAL LLC d/b/a CURACAO ONLY** ; ORDER

It is hereby stipulated and agreed by and between counsel for Plaintiff, Juan Guzman and Defendants, Equifax Information Services, LLC and Adir International LLC d/b/a Curacao, that the above-entitled action is hereby dismissed against Defendants Equifax Information Services, LLC and Adir International LLC d/b/a Curacao, with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 16, 2020

Complaint

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas P. Quinn, Jr.* | */s/ Amanda F. Benedict* |
| Thomas P. Quinn, Jr. (SBN 132268) | Amanda F. Benedict, SBN 200291 |
| NOKES & QUINN | Law Office of Amanda F. Benedict |
| 410 Broadway, Suite 200 | 7710 Hazard Center Dr. Suite E-104 |
| Laguna Beach, CA 92651 | San Diego, CA 92108 |
| Tel: (949) 376-3500 | (760) 822-1911 |
| tquinn@nokesquinn.com | amanda@amandabenedict.com |
| *Attorney for Defendant Equifax Information Services, LLC.* | *Attorney for Plaintiff* |

*/s/ Elizabeth Van Horn*
Elizabeth Van Horn
Adir International, LLC dba Curacao
1605 W. Olympic Blvd., Suite 510
Los Angeles, CA  90015
Tel: (213) 427-2624
elizabeth@icuracao.com
*Attorney for Defendant Adir International LLC d/b/a Curacao*

**IT IS SO ORDERED.**

DATED: 6/17/2020

_____
**U.S. DISTRICT JUDGE**

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*/s/ Amanda F. Benedict*
Amanda F. Benedict, Esq.

Complaint